**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ViatiCare Financial Services, L.L.C.** **Civil No. 01-626 ADM/SRN**

**Plaintiff,**

**v.** **O R D E R**

**Metropolitan Life Insurance Company,**

**Defendant.**

---

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendant(s).

The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed. The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: September 5, 2001

Susan Richard Nelson
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500