**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ViatiCare Financial Services, L.L.C.,

Plaintiff,

v.

Metropolitan Life Insurance Company,

Defendant.

---

Civil No. 01-626 ADM/SRN

**DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to an agreement reached by the parties in the above-entitled action, plaintiff, ViatiCare Financial Services, L.L.C., hereby dismisses with prejudice and on the merits, without costs to either party, the above-captioned matter and states that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Dated: September 25, 2001

FAEGRE & BENSON LLP

R Dierssen-Morice

Rikke Dierssen-Morice (#237826)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone No. (612) 766-7000
Facsimile No. (612) 766-1600

ATTORNEYS FOR PLAINTIFF
VIATICARE FINANCIAL SERVICES, L.L.C.

FILED SEP 2 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 2 6 2001
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Based on plaintiff ViatiCare Financial Services, L.L.C.'s Dismissal with Prejudice, served and filed herein before service by Metropolitan Life Insurance Company of a responsive pleading or motion, the above matter is hereby dismissed without costs or disbursements to any party hereto.

Judgment may be entered accordingly.

Dated: September 26, 2001

United States District Court
**Ann D. Montgomery**